**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No. **ED CV 20-113-JFW(SPx)** | Date: February 18, 2020 |

Title: Tramaine Parker -v- Adecco USA, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE**

     In Defendant Adecco USA, Inc. and Communications Test Design, Inc's Rule 26(f) Report filed on February 14, 2020, Docket No. 12, counsel represents that Plaintiff failed to respond to Defendants efforts to prepare a Joint Rule 26(f) Report. Accordingly, Plaintiff is ordered to show cause, in writing, by **February 21, 2020** why the Court should not impose sanctions in the amount of $3,500.00 against Plaintiff or dismiss this action for Plaintiff's failure to cooperate with counsel and comply with the Order filed on January 21, 2020 and the Local Rules. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or dismissal of this action.

     IT IS SO ORDERED.

Initials of Deputy Clerk  sr